IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 25 CR 196 |
| v. | ) | |
| | ) | Judge Daniel P. McLaughlin |
| MARVIN CEDERO ROMERO | ) | |

## MR. CEDER ROMERO'S STATUS REPORT

Marvin Cedero Romero, by and through the Federal Defender Program and its attorney, Emily Mollinedo, files this status report per the Court's request.

1. Defense counsel was able to communicate with Mr. Cedero Romero this morning via a legal call from the MCC Chicago.

2. Mr. Cedero Romero would like to affirm his intent to pled guilty in this District under Federal Criminal Rule of Procedure 58.

3. Should this Court make a pre-plea determination that it would impose a non-carceral sentence, defense counsel believes that the next step would be for the Clerk of the Northern District of Illinois to inform the Clerk of the Western District of Texas, El Paso, of this so as to begin the process. Defense counsel would submit that any change of plea hearing need not be scheduled until after this process is complete.

4. Defense counsel acknowledges some of the procedural and logistical obstacles that may affect a future change of plea hearing. If necessary, Mr. Cedero Romero consents to proceed by telephonic hearing from any detention facility if necessary. As a last resort, he has given defense counsel permission to plead guilty to these charges on his behalf and to waive his presence. While this is obviously not ideal practice, it is also not unheard of for petty offenses to be disposed of without a defendant present. Should this require attention

from the parties at later time, defense counsel would be happy to prepare briefing on this issue, if necessary.

Should the Court require any in person hearings today defense counsel, or stand-in counsel can make themselves available.

                Respectfully submitted,

                FEDERAL DEFENDER PROGRAM
                John F. Murphy
                Executive Director

By:   /s/ *Emily Mollinedo*
       Emily Mollinedo
       Attorney for Marvin Cedero Romero

FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, Illinois 60603
(312) 621-8343